SEBASTIAN SEMATARO *v.* GENERAL DYNAMICS COR-
PORATION/ELECTRIC BOAT DIVISION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 15 Conn. App. 615, is granted, limited to the following issue:

"Did the Appellate Court correctly conclude, in the circumstances of this case, that disability benefits paid under LHWCA should be credited against the plaintiff's Connecticut disability benefits?"

*Mark W. Oberlatz, Carolyn P. Kelly* and *Frank N. Eppinger,* in support of the petition.

Decided October 4, 1988

---

MARC L. FOWLER ET AL. *v.* KEVIN WEISS ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 15 Conn. App. 690, is denied.

*John F. Kavanewsky, Jr.,* in support of the petition.

*Louis Ciccarello,* in opposition.

Decided October 4, 1988

---

CITY OF STAMFORD *v.* ADMINISTRATOR, UNEMPLOY-
MENT COMPENSATION ACT, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 15 Conn. App. 738, is denied.

*James V. Minor,* assistant corporation counsel, in support of the petition.

*Taka Iwashita,* assistant attorney general, in opposition.

Decided October 4, 1988